333 Earle Ovington Boulevard, Suite 402
Uniondale, New York 11553
T: 516-203-7600
F: 516-282-7878

February 28, 2025

Request GRANTED. The initial pretrial conference currently scheduled for March 13, 2025, is hereby adjourned to **April 24, 2025, at 10:30 a.m.** The parties' joint letter and proposed case management plan shall be due no later than **April 14, 2025**.

Dated: March 3, 2025
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

***Via ECF***
Hon. Jennifer L. Rochon
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Carlos Vila v. Vince LLC*
Case No: 1:24-cv-09467-JLR

Dear Judge Rochon:

This firm represents plaintiff Carlos Vila ("*Plaintiff*") in the above-referenced matter and writes pursuant to Rules 1.F of the Court's Individual Rules of Practice, to respectfully request an adjournment of the Initial Pretrial Conference, currently scheduled to take place in-person on March 13, 2025, at 12:00 p.m., and for an extension of time for the associated filing deadlines [Dkt. No. 8].

1. The current date for the Initial Pretrial Conference is March 13, 2025, and the associated filing deadline is March 3, 2025. [Dkt. No. 8].

2. The current deadline for defendant Vince LLC ("*Defendant*") to respond to the Complaint is March 21, 2025, a date subsequent to the currently scheduled conference. [Dkt. No. 14].

3. Good cause exists for this request as the adjournment and extension would permit the parties time to competently discuss the required topics under Rule 26(f) and the most appropriate case management plan based on Defendant's response to the Complaint (currently due on a date subsequent to the scheduled conference) and to continue their settlement discussions. No prior requests for an adjournment of the conference have been made and as such, no previous requests were granted or denied.

4. Defendant consents to the requested relief.

As such, Plaintiff, with the consent of Defendant, respectfully requests that the Initial Pretrial Conference, along with the associated filing deadlines, be adjourned for thirty (30) days, to April 14, 2025[1], or to an alternative date following the Defendant's March 21, 2025, filing deadline.

[1] As 30 days from the currently scheduled date is a Saturday, the proposed adjournment date is the next business day.



Thank you for your consideration of this request.

Respectfully submitted,

**SANDERS LAW GROUP**

/s *Jaymie Sabilia-Heffert*
Jaymie Sabilia-Heffert, Esq.

cc: all counsel of record via ECF